# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| SERVICIOS AEREOS CORPORATIVOS, S.A. De C.V., | § § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. H-06-2358 |
| GE ENGINE SERVICES-CORPORATE, AVIATION, INC., | § § § § | |
| Defendant. | § | |

## ORDER STAYING PROCEEDING PURSUANT
## TO PARTIES' AGREEMENT TO ARBITRATE CLAIMS

The parties have filed a Notice of Joint Agreement to Stay Proceedings and Arbitrate Claims. The joint request for a Stay of Proceedings is granted. All claims asserted in this action are stayed. This case is administratively closed pending the completion of the arbitration. The case may be reinstated on the active docket by motion filed no later than 30 days after the arbitration is concluded.

SIGNED on December 5, 2006, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge